Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

UNITED STATES DISTRICT COURT

| | |
|---|---|
| Charles Radcliffe ) | |
|         Plaintiff(s), ) | Case No. 1:05CV01624(ES) |
| ) | |
| v. ) | MOTION TO SUBMIT FOR DECISION |
| ) | |
| United States ) | |
|         Defendant. ) | |

Plaintiff(s), Charles Radcliffe, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to conversion.

Plaintiff's order remanding the matter back to the district court of the United States in Washington District of Columbia.

Dated _October 4_, 2005

_____
Charles Radcliffe

Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

## UNITED STATES DISTRICT COURT

Charles Radcliffe                           )
                                ) Case No. 1:05CV01624(ES)
                                )
       Plaintiff(s),          ) ORDER
                                )
v.                                          )
                                )
United States                               )
       Defendant.              )

It is hereby ordered that the above entitled matter is remanded to the district court of the United States in Washington District of Columbia.

Dated _____, 2005

_____
_____Judge