Charles Radcliffe,
8681 E Duke Place
Denver, CO 80231

UNITED STATES DISTRICT COURT

Charles Radcliffe,

        Plaintiff(s),    ) Case No. 1:05CV01624(ES)

v.    ) OBJECTION TO CONVERSION

United States

        Defendant.

    Plaintiff(s), Charles Radcliffe, **OBJECT(S)** to the Clerks conversion of the above entitled matter to the United States District Court for the District of Columbia. Such conversion is a violation of Title 26 U.S.C. §7433. Section 7433 specifically commands that the instant matter be filed in the district court of the United States. This Court is charged with full compliance with the law. This court has no statutory authority to hear this matter. The Clerk has no statutory authority to convert this matter to the United States District Court for the District of Columbia. Plaintiff expects that this Court will be in full compliance with the law as stated by the United States Congress.

    Plaintiff(s) expect(s) that the matter will remain with the district court of the United States. Therefore plaintiff(s) demand(s) that the United States District Court for the District of Columbia remand the matter back to the district court of the United States which has statutory authority to hear the matter.

Dated October 4, 2005

_____
Charles Radcliffe