Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

district court of the United States

| | |
|---|---|
| Charles Radcliffe | ) |
|         Plaintiff(s), | ) Case No. 1:05CV01624(ES) |
| v. | ) MOTION TO SUBMIT FOR DECISION |
| United States | ) |
|         Defendant. | ) |

Plaintiff(s), Charles Radcliffe, request(s) that the clerk of the court submit the following pleadings to the court for decision:

Plaintiff's Objection to action of the clerk of court.

Plaintiff's order requiring the clerk to sign the summonses provided by plaintiff(s).

Dated October 4, 2005

_____
Charles Radcliffe