Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

### district court of the United States

| | |
|---|---|
| Charles Radcliffe | ) |
| | ) Case No. 1:05CV01624(ES) |
| | ) |
| Plaintiff(s), | ) ORDER |
| | ) |
| v. | ) |
| | ) |
| United States | ) |
| Defendant. | ) |

It is hereby ordered that the clerk sign the summonses provided by plaintiff.

Dated _____, 2005


_____
_____Judge