Charles Radcliffe,
8681 E Duke Place
Denver, CO 80231

district court of the United States

Charles Radcliffe,

        Plaintiff(s),    )
                          )   Case No. 1:05CV01624(ES)
                          )
v.                             )   OBJECTION TO ACTION OF THE CLERK
                          )
United States           )
        Defendant.     )
                          )

    Plaintiff(s), Charles Radcliffe, **OBJECT(S)** to the Clerks refusal to issue summonses in this matter. Such action constitutes a denial of due process and obstruction of justice. Plaintiff(s) has/have provided the clerk of court with proper summonses properly headed district court of the United States. The clerk has refused to sign and issue the summonses provided by plaintiff(s). The clerk is denying plaintiff(s) due process and obstructing justice by refusing to sign the summonses. Plaintiff(s) is/are unable to serve the complaint and summons on the defendant due to the actions of the clerk. There is no rule requiring plaintiff(s) to use the summons form provided by the clerk, nor is there any rule preventing the plaintiff(s) from preparing his/her/their own summons form, nor is there any rule which specifies the specific wording that must appear on a summons form.

    Wherefore, plaintiff(s) request(s) that the court issue its order requiring the clerk to issue the summons as written.

Dated October 4, 2005

_____
Charles Radcliffe