IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RADCLIFFE | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01624 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## **DECLARATION OF PAT S. GENIS**

I, Pat S. Genis, under 28 U.S.C. § 1746, declare as follows:

1. I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2. As part of my duties, I have received documents kept and generated by the Internal Revenue Service (Service) with respect to the above-captioned case.

3. Attached here as Exhibit 1 is a true and correct copies of a request for waiver of service of summons which was sent to the Attorney General.

4. I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: October 11, 2005.

                                                /s/ Pat Genis
                                                PAT S. GENIS

1375944.1