Certified Mail No. 7005 0390 0003 8155 0518

Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

**In re: Charles Radcliffe, v. United States, district court of the United States,**

Case No. 1:05CV01624

To:

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

### Statement concerning the duty of parties to waive the service of the summons

You are in receipt of notice under authority of Federal Rules of Civil Procedure, rule 4(d) "Waiver of Service; Duty to Save Costs of Service; Request to Waive."

(1). A defendant who waives service of a summons does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.

(2). An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons. To avoid costs, the plaintiff may notify such a defendant of the commencement of the action and request that the defendant waive service of a summons.

In compliance with the F.R.Civ. Proc., you are requested to waive service in regard to the attached complaint. A lawsuit has commenced in which the United States is a named defendant. You may return this notice within thirty (30) days. This should not be regarded as a formal summons or notification from the court, but rather our request that you sign and return the duplicate copy of this form in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if we receive a signed copy of this waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. **We**

GOVERNMENT EXHIBIT 1

**enclosed a stamped, self address envelope for your use.** If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date of the waiver if filed, except that you will not be obligated to answer the complaint before sixty (60) days from the date designated below as the date on which this notice is sent. If you do not return the signed waiver within the time indicated, we will take appropriate steps to affect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by these Rules, ask the court to require you to pay the full costs of such service. In that connection, please reread the statement concerning the duty of parties to waive the service of a summons, which is set forth above.

August 20, 2005

*[signature]*
Charles Radcliffe

# TO:

Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

I acknowledge receipt of your request that I waive service of a summons in the action of Charles Radcliffe v United States which is case number **1:05CV01624** in the district court of the United States, I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the United States, on whose behalf I am acting, be served judicial process in the manner provided by Rule 4.

The United States, on whose behalf I am acting, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the United States, on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after **August 20, 2005** or within 90 days after that date if the request was sent outside the United States.

_____          _____
Date                          Signature

                              _____
                              Printed/typed name

                              _____
                              Title

TO:

Charles Radcliffe
8681 E Duke Place
Denver, CO 80231

I acknowledge receipt of your request that I waive service of a summons in the action of Charles Radcliffe v United States which is case number **1:05CV01624** in the district court of the United States, I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that the United States, on whose behalf I am acting, be served judicial process in the manner provided by Rule 4.

The United States, on whose behalf I am acting, will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the United States, on whose behalf I am acting if an answer or motion under Rule 12 is not served upon you within 60 days after **August 20, 2005** or within 90 days after that date if the request was sent outside the United States.

_____                    _____
Date                                         Signature

                                             _____
                                             Printed/typed name

                                             _____
                                             Title