AO 440 (Rev. 8/01) Summons in a Civil Action  *Cert. Mail # 7005 1160 0003 4770 0528*

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

OCT 1 7 2005

RECEIVED

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: *1:05CV01624 EGS*

TO: (Name and address of Defendant)

*Kenneth L. Wainstein*
*United States Attorney*
*District of Columbia*
*555 4th Street NW*
*Washington, D.C. 20530*

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Charles A. Radcliffe*
*8681 East Dukee Place*
*Denver, CO 80231*

an answer to the complaint which is served on you with this summons, within _____*60*_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                    *10/24/05*

CLERK                                                          DATE

*J. Davis*

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Kenneth L. Wainstein
U.S. Attorney
Dist. of Columbia
555 4th Street NW
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

NOV 07 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

**3. Service Type**
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**      ☐ Yes

**2. Article Number**
(Transfer from service label)

7005 1160 0003 4770 0528

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7005  1160  0003  4770  0528_

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _790_.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____         _Nov. 15, 2005_
    Charles Radcliffe                        Date

Certified Mail # 7005 1160 0003 4770 0535

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

OCT 1 7 2005
V.

RECEIVED

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: *1:05 CV 01624 EGS*

TO: (Name and address of Defendant) *Civil Process Clerk*
*Alberto Gonzales*
*United States Attorney General*
*950 Pennsylvania Avenue*
*Washington, D.C. 20530*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*Charles A. Radcliff*
*8681 East Duke Place*
*Denver, CO 80231*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                10/24/05

_____                      _____
CLERK                                                              DATE

T. Davis
_____
(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *Ernst L. Parly*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:  *Civil Process Clerk*  *Alberto Gonzales*  *U.S. Attorney General*  *950 Pennsylvania Ave*  *Washington, D.C 20530* | B. Received by (*Printed Name*)  NOV 0 3 2005 | C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number  (*Transfer from service label*)  7005 1160 0003 4770 0535 | |
| PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540 | |

RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7005 1160 0003 4770 0535_ .

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _7.70_ .

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_____                    _Nov. 16, 2005_
Charles Radcliffe                                                  Date

Page 2