IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RADCLIFFE | ) |
| | ) |
| Plaintiff, | ) No. 1:05-cv-01624 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are identical, or nearly identical, to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375 (PLF)

2. Jeffrey Bean v. United States, Civil No. 1:05-2145 (CKK)

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297 (RMC)

4. Matthew Brandt v. United States, Civil No. 1:05-1613 (ESH)

5. Paul Broward v. United States, Civil No. 1:05-1774 (HHK)

6. John Burton v. United States, Civil No. 1:05-2121 (RMU)

7. Carol Cooper v. United States, Civil No. 1:05-1192 (RBW)

8. Richard M. Donnally v. United States, Civil No. 1:05-2049 9RMU)

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326 (ESH)

10. Lee F. Garvin v. United States, Civil No. 1:05-1775 (RBW)

11. Brent & Rhonda Gross v. United States, Civil No. 1:05-1818 (JR)

12. Kevin Haydel v. United States, Civil No. 1:05-2405 (RJL)

13. Kenneth G. & Mary C. Heath v. United States, Civil No. 1:05-2331 (EGS)

14. William Henry, Jr. v. United States, Civil No. 1:05-2084 (ESH)

15. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829 (HHK)

16. Lavern Koerner v. United States, Civil No. 1:05-1600 (ESH)

17. William M. Kramer v. United States, Civil No. 1:05-1659 (PLF)

18. Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761 (RBW)

19. Wallace Lohmann v. United States, Civil No. 1:05-1976 (HHK)

20. Rudolph Luscher v. United States, Civil No. 1:05-1987 (RCL)

21. Gregory Martens v. United States, Civil No. 1:05-1805 (RMC)

22. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457 (RCL)

23. James O'Connor v. United States, Civil No. 1:05-2075 (HHK)

24. Lawrence Otto v. United States, Civil No. 1:05-2319 (GK)

25. Amelia Petersheim v. United States, Civil No. 1:05-1815 (RWR)

26. George & Claudia Pragovich v. United States, Civil No. 1:05-2222 (JR)

27. Charles Radcliffe v. United States, Civil No. 1:05-1624 (EGS)

28. Ronald N. Romashko v. United States, Civil No. 1:05-2239 (CKK)

29. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656 (GK)

1503376.11

30. Robert Scott & Linda Casoria-Scott v. United States, Civil No. 1:05-2043 (ESH)

31. Sandra Shoemaker v. United States, Civil No. 1:05-1736 (TFH)

32. Daniel T. and Mary G. Smith v. United States, Civil No. 1:05-2069 (CKK)

33. David & Debra Stinecipher v. United States, Civil No. 1:05-2434 (RMU)

34. Bruce & Elise Travis v. United States, Civil No. 1:05-1867 (RCL)

35. Daniel & Donna Turner v. United States, Civil No. 1:05-1716 (JDB)

36. Gregg & Regina Whitfield v. United States, Civil No. 1:05-1961 (RWR)

Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:   January 13, 2006.

                                          Respectfully submitted,

                                          /s/ Pat S. Genis
                                          PAT S. GENIS #446244
                                          Trial Attorney, Tax Division
                                          United States Department of Justice
                                          Post Office Box 227
                                          Washington, DC 20044
                                          Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Related Cases was made on January 13, 2006 by mailing, postage prepaid, addressed to:

Charles Radcliffe
8681 E. Duke Place
Denver, CO 80231

/s/ Pat S. Genis
PAT S. GENIS   #446244