IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RADCLIFFE    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | No. 1:05-cv-01624 (EGS) |
| ) | |
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Defendant.    ) | |

**UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The United States does not object to plaintiff's motion to amend his complaint.

Date: February 1, 2006.

Respectfully submitted,

 /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1530510.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT was served upon the following person on February 1, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Charles Radcliffe
>8681 E. Duke Place
>Denver, CO 80231

>　　　/s/ Pat S. Genis　　　
>PAT S. GENIS, #446244