IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RADCLIFFE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05-cv-01624 (EGS) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:     February 1, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS #446244
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Notice of Related Cases was made on February 1, 2006 by mailing, postage prepaid, addressed to:

>Charles Radcliffe
>8681 E. Duke Place
>Denver, CO 80231

/s/ Pat S. Genis
PAT S. GENIS   #446244

| CMN | Name | | | | Date | | | Case | Attorney |
|---|---|---|---|---|---|---|---|---|---|
| 2006101528 | Armbruster, Edward J., III | A | DCD | 5-16-3960 | 01/10/2006 | CTE | DC | 1:05CV02375 | |
| 2006101529 | Bean, Jeffrey | A | DCD | 5-16-3961 | 01/10/2006 | CTE | DC | 1:05CV02145 | |
| 2006101530 | Bennett, Hamlet C. | A | DCD | 5-16-3962 | 01/10/2006 | CTE | DC | 1:05CV02297 | |
| 2006100089 | Brandt, Matthew | A | DCD | 5-16-3935 | 10/07/2005 | CTE | DC | 1:05-CV-01613-E | Scurry-Genis, Lessie M |
| 2006100917 | Broward, Paul | A | DCD | 5-16-3950 | 11/29/2005 | CTE | DC | 1:05-CV-01774 H | Vozne, Jennifer L. |
| 2006100865 | Burton, John | A | DCD | 5-16-3948 | 11/25/2005 | CTE | DC | 1:05-CV-02121 R | Scurry-Genis, Lessie M |
| 2005106421 | Cooper, Carol | A | DCD | 5-16-3932 | 09/21/2005 | CTE | DC | 1:05CV01192 | Scurry-Genis, Lessie M |
| 2006101767 | Davenport, Stacy N. | A | DCD | 5-16-3983 | 01/19/2006 | CTE | DC | 1:05CV02488 | |
| 2006101531 | Davis, Carl Roger | A | DCD | 5-16-3963 | 01/10/2006 | CTE | DC | 1:05CV02474 | |
| 2006101024 | Donnally, Richard M. | A | DCD | 5-16-3954 | 12/06/2005 | CTE | DC | 1:05CV02049 | Scurry-Genis, Lessie M |
| 2005104138 | Erwin, Ricky A. | A | DCD | 5-16-3911 | 04/27/2005 | CTE | DC | 1:05CV00415 | Scurry-Genis, Lessie M |
| 2006101533 | Gaines, Joseph A. | A | DCD | 5-16-3964 | 01/10/2006 | CTE | DC | 1:05CV02326 | |
| 2006100707 | Garvin, Lee F. | A | DCD | 5-16-3943 | 11/17/2005 | CTE | DC | 1:05CV01775 RE | Vozne, Jennifer L. |
| 2006100706 | Gross, Brent | A | DCD | 5-16-3942 | 11/17/2005 | CTE | DC | 1:05-CV 01818 ( | Vozne, Jennifer L. |
| 2005104856 | Harris, Donald | A | DCD | 5-16-3919 | 06/15/2005 | CTE | DC | 1:05CV0956 | Scurry-Genis, Lessie M |
| 2006101534 | Haydel, Kevin | A | DCD | 5-16-3965 | 01/10/2006 | CTE | DC | 1:05CV02405 | |
| 2006101535 | Heath, Kenneth G. | A | DCD | 5-16-3966 | 01/10/2006 | CTE | DC | 1:05CV02331 | |
| 2006100976 | Henry, William, Jr. | A | DCD | 5-16-3951 | 12/02/2005 | CTE | DC | 1:05-CV-02084 (I | Scurry-Genis, Lessie M |
| 2006100204 | Holt, Ronald L. | R | DCD | 5-16-3939 | 10/14/2005 | CTE | DC | 1:05CV01692 | Vozne, Jennifer L. |
| 2006100191 | Holyoak, Grant | A | DCD | 5-16-3938 | 10/13/2005 | CTE | DC | 1:05 CV 01829 | Scurry-Genis, Lessie M |
| 2005106017 | Koerner, LaVern | A | DCD | 5-16-3927 | 08/25/2005 | CTE | DC | 1:05CV01600 | Scurry-Genis, Lessie M |
| 2006100861 | Kramer, William M. | A | DCD | 5-16-3946 | 11/25/2005 | CTE | DC | 1:05-CV-01659-F | Vozne, Jennifer L. |
| 2005106527 | Lindsey, Stephen J. | A | DCD | 5-16-3933 | 09/28/2005 | CTE | DC | 1:05-CV-01761-F | Vozne, Jennifer L. |
| 2006100708 | Lohmann, Wallace | A | DCD | 5-16-3944 | 11/17/2005 | CTE | DC | 05-1976 HHK | Scurry-Genis, Lessie M |
| 2006100977 | Luscher, Rudolph | A | DCD | 5-16-3952 | 12/02/2005 | CTE | DC | 1:05-CV-1987 (R | Vozne, Jennifer L. |
| 2006101536 | Martens, Gregory | A | DCD | 5-16-3967 | 01/10/2006 | CTE | DC | 1:05CV 01805 RI | |
| 2006101768 | Martin, Maurita | A | DCD | 5-16-3984 | 01/19/2006 | CTE | DC | 1:05CV02506 | |
| 2006101537 | Masterson, William R. | A | DCD | 5-16-3968 | 01/10/2006 | CTE | DC | 1:05CV-01807 JI | |
| 2006101540 | Metsker, Richard | A | DCD | 5-16-3969 | 01/10/2006 | CTE | DC | 1:05CV-02457 | |
| 2006101729 | Nye, Verda | A | DCD | 5-16-3982 | 01/18/2006 | CTE | DC | 1:05CV02486 | |
| 2006101541 | O'Connor, James | A | DCD | 5-16-3970 | 01/10/2006 | CTE | DC | 1:05CV02075 | |
| 2006101542 | Otto, Laurence | A | DCD | 5-16-3971 | 01/10/2006 | CTE | DC | 1:05CV02319 | |
| 2006100862 | Petersheim, Amelia | A | DCD | 5-16-3947 | 11/25/2005 | CTE | DC | 1:05-CV-01815-F | Scurry-Genis, Lessie M |
| 2006101543 | Pragovich, George | A | DCD | 5-16-3972 | 01/10/2006 | CTE | DC | 1:05CV02222 | |
| 2005106021 | Radcliffe, Charles | A | DCD | 5-16-3928 | 08/25/2005 | CTE | DC | 1:05CV01624 | Scurry-Genis, Lessie M |
| 2006101545 | Romashko, Ronald N. | A | DCD | 5-16-3973 | 01/10/2006 | CTE | DC | 1:05CV02209 | |
| 2006101546 | Rose, Dennis | A | DCD | 5-16-3974 | 01/10/2006 | CTE | DC | 1:05CV01896 | |
| 2005106272 | Schafrath, Lawrence | A | DCD | 5-16-3929 | 09/12/2005 | CTE | DC | 1:05-CV-01656 G | Scurry-Genis, Lessie M |
| 2006100978 | Scott, Robert | A | DCD | 5-16-3953 | 12/02/2005 | CTE | DC | 1:05-CV-02043 E | Vozne, Jennifer L. |
| 2006100703 | Shoemaker, Sandra | A | DCD | 5-16-3941 | 11/17/2005 | CTE | DC | 1:05CV01736 | Vozne, Jennifer L. |
| 2006101548 | Smith, Daniel T. | A | DCD | 5-16-3975 | 01/10/2006 | CTE | DC | 1:05CV02069 | |
| 2006101549 | Stinecipher, David | A | DCD | 5-16-3976 | 01/10/2006 | CTE | DC | 1:05CV02434 | |
| 2006100709 | Travis, Bruce R. | A | DCD | 5-16-3945 | 11/17/2005 | CTE | DC | 1:05-CV-01867-F | Scurry-Genis, Lessie M |
| 2005106343 | Turner, Daniel E. | A | DCD | 5-16-3930 | 09/15/2005 | CTE | DC | 1:05CV01716 | Zarin, Jason S. |
| 2006101550 | Whitfield, Gregg | A | DCD | 5-16-3977 | 01/10/2006 | CTE | DC | 1:05CV01961 | |

Total Records: 45     Unique CMN Count: 45     Unique DJ # Count: 45