IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE    )
           )
    Plaintiff,    )
           )
   v.        )   No. 1:05-cv-01624 (EGS)
           )
UNITED STATES OF AMERICA  )
           )
    Defendant.   )

**DEFENDANT'S MOTION FOR LEAVE
TO FILE PLEADINGS OUT OF TIME**

   DEFENDANT, the United States,  through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(2) for leave to file its reply brief and opposition to plaintiff's motion sanctions and referral to bar disciplinary committee out of time.  In support of this motion the United States states as follows.

   1.  On February 2, 2006, the United States filed a motion to dismiss plaintiff's amended complaint.

   2.  On February 13, 2006, plaintiff filed a memorandum in opposition to the motion to dismiss, and a motion for sanctions under Fed.R.Civ.P.11(b) and referral to the bar disciplinary committee.

   3.  Under Local Rule 7, the United States reply to the opposition to its motion was due on February 18, 2006 and the opposition to the motion for sanctions and referral was due on February 24, 2006.

   4.  Plaintiff's action is one of nearly 60 with identical or virtually identical allegations, a deluge which has burdened the United States ability to properly and timely respond.

   5.  In addition to the virtually identical complaints, the *pro se* plaintiffs have filed virtually identical subsequent pleadings such as amended complaints, requests to enter default, and, as here, oppositions and motions for sanctions and referral.

6.    In this instance counsel for the United States was required to respond to several identical oppositions and motions for sanctions and referral.  In other cases, the United States' pleadings were timely filed; but in reviewing the docket sheet in this case, counsel realizes that the responsive pleadings were inadvertently not filed.

7.    Counsel for the United States, therefore, moves this Court for an order allowing the attached United States' reply and opposition to plaintiff's motion for sanctions and for bar referral to be filed out of time.


DATE: March 2, 2006.

                              Respectfully submitted,


                              /s/ Pat Genis
                              PAT S. GENIS, #446244
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 227
                              Washington, D.C.  20044
                              Telephone: (202) 307-6390


OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE                )
                                 )
            Plaintiff,           )
                                 )
     v.                          )          No. 1:05-cv-01624 (EGS)
                                 )
UNITED STATES OF AMERICA         )
                                 )
            Defendant.           )

CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S MOTION FOR ENLARGEMENT OF

TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, MEMORANDUM OF POINTS

& AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR

ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, and a

proposed ORDER were served upon plaintiff on October 11, 2005 by depositing copies

in the United States mail, postage prepaid, addressed as follows:

          Charles Radcliffe
          8681 E. Duke Place
          Denver, CO 80231


_____          /s/ Pat Genis
                                          PAT S. GENIS

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE                    )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          No. 1:05-cv-01624 (EGS)
                                     )
UNITED STATES OF AMERICA             )
                                     )
          Defendant.                 )

### MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD

This is a civil action in which plaintiffs seek a refund of income taxes collected from them.  They also allege that Marva J. Harris was denied a collection due process hearing and that employees of the Internal Revenue Service negligently disregarded section 6330 of the Internal Revenue Code., thus giving rise to a damage claim for wrongful collection.

### STATEMENT & DISCUSSION

1. <u>Introduction.</u>  Plaintiffs filed this complaint on June 13, 2005.

2.  <u>The time for the United States to serve an answer, motion, or other responsive pleading</u>.  Under Fed. R. Civ. P. 12(a) the United States has 60 days after service of the summons and complaint in which to serve an answer, motion, or other responsive pleading.  The Attorney General was served on June 6, 2005 and the United States Attorney for the District of Columbia was served on June 13, 2005.  Accordingly, the United States' response is due on or before August 12, 2005.

3. <u>Compliance with the pleading deadline</u>.  The Internal Revenue Service, the agency of the United States responsible for administration of the internal revenue, and more specifically the agency responsible for the actions described in the complaint, has advised the Department of Justice that it is unable to assemble, analyze, and provide litigation advice with respect to the complaint in this case within the period of time prescribed by Fed. R. Civ. P. 12(a).

This inability is primarily due to difficulty in locating and reviewing the administrative files in this matter.

4. <u>Relief requested</u>.  The Internal Revenue Service is of the belief, and has advised the Department of Justice, that the process of assembling and analyzing case files and records, and providing litigation advice to the Department of Justice, can and likely will be completed within an additional sixty (60) day period.

5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).  Defendant has not been guilty of negligence or bad faith, nor has defendant abused the privilege of extensions.

6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  United States' counsel was unable obtain <u>pro se</u> parties' consent to this motion.  Counsel found a telephone listing for Donald Harris on Pearl Street in Centralia, Washington, but the person who answered the telephone denied that Donald Harris resided there.

CONCLUSION

It is the position of defendant, the United States, that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE: July 26, 2005.

> /s/ Pat Genis
> PAT S. GENIS, #446244
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 227
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-6390

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD and MARVA J. HARRIS  )
                            )
        Plaintiffs,          )
                            )
    v.                       )          No. 1:05-cv-0956
                            )
UNITED STATES OF AMERICA     )
                            )
        Defendant.           )

## O R D E R

Having considered the United States' motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2005, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional sixty (60) days until December 12, 2005, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

Charles Radcliffe
8681 E. Duke Place
Denver, CO 80231