IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES RADCLIFFE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. ) | No. 1:05-cv-01624 (EGS) |

**UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS
AMENDED COMPLAINT**

The United States submits this reply to address the two assertions made by plaintiff in his opposition to the United States' motion to dismiss his amended complaint.

First, plaintiff asserts that he is required only to exhaust administrative remedies with respect to "award of judgment - not jurisdiction." (Pl. Obj. To Mot. To Dismiss Am. Compl. ¶¶4-10.) It is unclear what plaintiff means by this statement. As discussed in the United States' memorandum in support of its motion to dismiss plaintiff's amended complaint, this is clearly incorrect. Sections 7422 and 7433 of Title 26 require exhaustion of administrative remedies prior to filing a suit for a refund of taxes or for damages because of allegedly wrongful collection actions. See 26 U.S.C. §§ 7422 & 7433; see also 26 C.F.R. §§ 301.6402-2 & 301.7433-1(e).

Second, plaintiffs assert that the United States attached a copy of an obsolete regulation - 26 C.F.R. § 301.7433-1. (Pl. Obj. to Mot. To Dismiss Am. Compl. ¶¶ 11-18.) This is incorrect. Counsel never attached a copy of the regulation.

For the reasons asserted in the United States' motion to dismiss plaintiff's amended complaint and supporting memorandum, as well as for the reasons stated above, plaintiff's amended complaint should be dismissed.

DATED: March 2, 2006.

                                  Respectfully submitted,

                                  /s/ Pat S. Genis
                                  PAT S. GENIS, #446244
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P. O. Box 227, Ben Franklin Station
                                  Washington, D.C.  20044
                                  Phone/Fax:  (202) 307-6390/514-6866
                                  Email: pat.genis@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT was served upon the following person on March 2, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Charles Radcliffe
>8681 E. Duke Place
>Denver, CO 80231

>  /s/ Pat S. Genis
> PAT S. GENIS #446244