UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES RADCLIFFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1624 (RJL) |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that [#16] United States' Motion to Dismiss Plaintiff's Amended Complaint is GRANTED; it is further

**ORDERED** that [#17] Plaintiff's Motion for Sanctions under Fed. R. Civ. P. 11(b) and for Referral to the Bar Disciplinary Committee is DENIED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

